IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC, <br> as Broadcast Licensee of the May 2, 2015 <br> Floyd Mayweather, Jr. v. Manny Pacquiao <br> "The Fight of the Century" Championship Fight <br> Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) VISCAR, INC., individually, and d/b/a HINEY'S RESTAURANT, and d/b/a HINEY'S; and <br> 2) OSCAR LOPEZ, individually, and d/b/a HINEY'S RESTAURANT, and d/b/a HINEY'S, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 3:18-cv-00135-PRM |

## MOTION FOR ENTRY OF AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants 1) Viscar, Inc., individually, and d/b/a Hiney's Restaurant, and d/b/a Hiney's; and 2) Oscar Lopez, individually, and d/b/a Hiney's Restaurant, and d/b/a Hiney's announce to the Court that the parties have agreed to a resolution of this case. The parties have signed the attached *Agreed Judgment* through their respective attorneys, per the parties' settlement agreement.

Therefore, Plaintiff requests that the Court sign and cause the *Agreed Judgment* to be entered.

Respectfully submitted,

By: _____
David M. Diaz
State Bar No. 24012528
david@diazlawtx.com

LAW OFFICES OF DAVID DIAZ, PLLC
825 Watters Creek Blvd.
Building M, Suite 250
Allen, Texas 75013
(972) 996-4588 – Telephone

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I electronically filed this document with the Clerk of the Court of the United States District Court, Western District of Texas, using the electronic case filing system of the Court. I certify that a copy of this instrument was served on May 24, 2019 as follows:

Daniel Salvador Gonzalez, Esq.          VIA ECF
909 Rio Grande Ave.
El Paso, Texas 79902

LOCAL COUNSEL FOR PLAINTIFF

Matthew A. Paré, Esq.                   VIA ECF
823 Anchorage Place, Ste. 101
Chula Vista, CA 91914

COUNSEL FOR DEFENDANTS

By: /s/ _____
DAVID M. DIAZ