IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, as Broadcast Licensee of the May 2, 2015 Floyd Mayweather, Jr. v. Manny Pacquiao "The Fight of the Century" Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) VISCAR, INC., individually, and d/b/a HINEY'S RESTAURANT, and d/b/a HINEY'S; and <br> 2) OSCAR LOPEZ, individually, and d/b/a HINEY'S RESTAURANT, and d/b/a HINEY'S, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § Civil Action No. 3:18-cv-00135-PRM |

## AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants Defendants 1) Viscar, Inc., individually, and d/b/a Hiney's Restaurant, and d/b/a Hiney's; and 2) Oscar Lopez, individually, and d/b/a Hiney's Restaurant, and d/b/a Hiney's (collectively "Defendants") agree that the Court should sign and cause to be entered this *Agreed Judgment* in favor of Plaintiff and against Defendants.

IT IS, THEREFORE, ORDERED that Plaintiff recover from Defendants, joint and severally:

- Damages in the amount of $18,000.00;

- Court costs; and

- Interest on all sums awarded herein at the rate of five percent (5%) from the date of entry of this *Agreed Judgment*.

It is ordered that all writs and process for the enforcement and collection of this *Agreed Judgment* may issue as necessary. In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this *Agreed Judgment*.

This *Agreed Judgment* is a final judgment. Therefore, any relief not expressly granted herein is denied.

Signed this __28__ day of __May__, 2019.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE

AGREED TO:

By: _____
David M. Diaz
State Bar No. 24012528
david@diazlawtx.com

LAW OFFICES OF DAVID DIAZ, PLLC
825 Watters Creek Blvd.
Building M, Suite 250
Allen, Texas 75013
(972) 996-4588 – Telephone

ATTORNEY FOR PLAINTIFF

By: _/s/ Matthew A. Pare_
Matthew A. Paré, Esq.
State Bar No. 258434
mattparelawca@gmail.com

LAW OFFICE OF MATTHEW PARE, APC
823 Anchorage Place, Suite 101
Chula Vista, CA 91914
(619) 869-4999 – Telephone
(619) 754-4581 – Telecopy

ATTORNEY FOR DEFENDANTS